IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TAYLOR, TRENT<br>TDCJ NO. 01691384,<br>    *Plaintiff,*<br><br>v.<br><br>ROBERT STEVENS, ET AL.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION No. 5:14-cv-00149 |

**Defendants Henderson and Orr's Answer and Jury Demand**

Defendants Creastor Henderson and Stephanie Orr, file their answer, denying the Plaintiff's allegations. Pursuant to Rule 8(b), Federal Rules of Civil Procedure, Defendants Henderson and Orr deny each and every allegation contained in Plaintiff's Complaint except those expressly admitted herein. Defendants assert their entitlement to qualified, official, sovereign, and Eleventh Amendment immunity as they apply. Defendants also assert the affirmative defenses of statute of limitations and res judicata/collateral estoppel.

Defendants ask the Court to deny Plaintiff any and all relief demanded in his complaint and that they recover their costs including reasonable attorney's fees and such other relief as to which the Court deems they are entitled.

Defendants state the failure to fully and timely exhaust administrative remedies is a bar to a plaintiff filing suit in the federal court pursuant to 42 U.S.C. section 1997e(e).

Defendants demand a trial by jury.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/*Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General
Attorney-in-Charge*
State Bar No. 24077883
Briana.Webb@texasattorneygeneral.gov

/s/*Kim Coogan*
**KIM COOGAN**
Assistant Attorney General
State Bar No. 00783867
Kim.Coogan@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office (512) 463-2080
Fax (512) 936-2109

**Attorneys for Defendants Henderson and Orr**

## NOTICE OF ELECTRONIC FILING

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants Henderson and Orr's Answer and Jury Demand** in accordance with the Electronic Case Files System of The United States District Court for the Northern District of Texas, Lubbock Division on April 12, 2016.

/s/*Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, certifies that a true copy of the above **Defendants Henderson and Orr's Answer and Jury Demand** has been served by placing it in United States Mail, postage prepaid, on April 12, 2016, addressed to:

**Trent Taylor**, TDCJ #01691384
Connally Unit
899 FM 632
Kenedy, TX 77348
*Plaintiff Pro Se*

/s/*Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General