IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TRENT TAYLOR,<br>Institutional ID No. 1691384,<br>SID No. 6167597,<br>Previous TDCJ No. 1366391,<br><br>        Plaintiff,<br><br>v.<br><br>MELISSA OLMSTEAD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:14-CV-149-C |

## ORDER TO RETURN PLAINTIFF

Trial of the above-referenced matter has been concluded.

IT IS, THEREFORE, ORDERED that the Plaintiff be returned under safe and secure conduct to said Plaintiff's place of custody or other appropriate authority, in accordance with the writ of habeas corpus ad testificandum previously issued.

Dated this 6th day of March, 2017.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE