IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TRENT TAYLOR, <br> TDCJ No. 01691384, <br> *Plaintiff,* <br><br> v. <br><br> ROBERT STEVENS, et al., <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION No: 5:14-CV-00149 |

## DEFENDANTS RIOJAS, MARTINEZ, CORTEZ, HUNTER, DAVIDSON, AND SWANEY'S MOTION FOR SUBSTITUTION OF ATTORNEY-IN-CHARGE

Defendants Riojas, Martinez, Cortez, Hunter, Davidson, and Swaney file this motion for substitution of new attorney-in-charge. Currently, Assistant Attorney General Kelsey Warren is the attorney in charge. The case, however, was administratively reassigned to Assistant Attorney General Courtney Corbello, and AAG Corbello is now the attorney in charge. AAG Corbello requests that all future correspondence be sent to her at the address listed below. AAG Corbello further advises that Kelsey Warren is no longer an attorney to be noticed in this case and should be removed from the docket.

Granting this motion will not prejudice the Plaintiff or unduly delay any proceeding in this action.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Texas State Bar No. 24097533
*Courtney.Corbello@oag.texas.gov*

Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9814 Fax No.

**ATTORNEYS FOR DEFENDANTS RIOJAS, MARTINEZ, CORTEZ, HUNTER, DAVIDSON, & SWANEY**

## CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, certify that a true copy of the above and forgoing has been served by placing it in U.S.P.S., certified mail, return receipt requested, postage prepaid, on April 15, 2021, addressed to:

**Trent Taylor, TDCJ #01691384**
Connally Unit
899 FM 632
Kenedy, Texas 78119
*Plaintiff Pro Se*

            */s/ Courtney Corbello*
            **COURTNEY CORBELLO**
            Assistant Attorney General