IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TRENT TAYLOR, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 5:14-CV-00149-C |
| | § |
| ROBERT RIOJAS, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Defendants' Motion in Limine is hereby **GRANTED** in its entirety.[1]

SO ORDERED.

Dated February 8, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although some courts allow motions in limine to function as motions for pretrial evidentiary rulings, this Court reserves motions in limine for the specific function of preventing the presentation or mentioning of matters in the presence and hearing of the jury until an evidentiary ruling is made.