IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TRENT TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:14-CV-00149-C |
| | § | |
| ROBERT RIOJAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Parties have notified the Court that they have settled this civil action. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 90 days from the date of this Order. The Court's trial setting of February 22, 2022, is hereby **VACATED**.

SO ORDERED.

Dated February 15, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE