IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TRENT TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:14-CV-00149-C |
| | § | |
| ROBERT RIOJAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court, having considered the Parties' Joint Motion for Extension to File Dismissal Papers, filed May 17, 2022, is of the opinion that the same should be **GRANTED**. Accordingly, the Parties' deadline in which to file appropriate dismissal papers is hereby **EXTENDED** to 30 days from the date of this Order.

SO ORDERED.

Dated May 17, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE