UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TRENT TAYLOR, § § *Plaintiff*, § § v. § § ROBERT STEVENS, et al, § § *Defendants*. § | C.A. No. 5:14-CV-00149 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Trent Taylor ("Plaintiff") and Defendants Stephen Hunter, Ricardo Cortez, Larry Davidson, Robert Riojas, Joe Martinez, and Shane Swaney (collectively, the "Parties") hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes, and parties.

Dated: July 8, 2022

Respectfully submitted,

*/s/ David W. Henderson*
ELLWANGER LAW LLLP
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Jay D. Ellwanger
Texas Bar No. 24036522
jellwanger@equalrights.law
400 South Zang Blvd., Suite 600
Dallas, Texas 75208
Telephone: (214) 984-3334

**COUNSEL FOR PLAINTIFF**

        *s/Leah O'Leary*
Leah O'Leary
Attorney in Charge
Assistant Attorney General
Texas State Bar No. 24079074
Leah.Oleary@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P.O Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 463-2080
Fax: (512) 370-9996

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, the foregoing was filed with the Court's ECF system and served via electronic mail upon all counsel of record:

/s/ *David W. Henderson*
David W. Henderson